IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVIN NOEL FAITH,

      Petitioner,                      No. CIV S-08-2026 DAD P

    vs.

KEN CLARK,

      Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner at the California Substance Abuse Treatment Facility in Kings County, is proceeding with counsel and has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. In his application, petitioner challenges the 2007 decision by the Board of Parole Hearings to deny him parole.

        Through this habeas action petitioner seeks to challenge the execution of his sentence as opposed to his underlying criminal conviction. In determining the proper venue for this action, several factors are to be considered. Venue is proper in a habeas action in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). However, the district of confinement is the preferable forum where the action challenges the execution of a sentence. <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989). As noted above petitioner is now, and was at the time of the filing of this action, confined at the California Substance Abuse Treatment

1

Facility in Kings County which in turn is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

DATED: September 23, 2008.

                                      */s/ Dale A. Drozd*
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:4
fait2026.109